RIVERA & ASSOCIATES

2180 Harvard Street, Suite 310
Sacramento, California 95815

Tel: 916-922-1200 Fax: 916 922-1303

Jesse M. Rivera, SBN 84259
Jonathan B. Paul, SBN 215884
Shanan L. Hewitt, SBN 200168
Jill B. Nathan, SBN 186136
Jamil Ghannam, SBN 300730

Attorneys for Defendant
C. Darling

# IN THE UNITED STATES DISTRICT COURT

# FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WRIGHT AKA ABDUL HAKIM, et al., <br><br> Plaintiff, <br><br> vs. <br><br> D. FIELDS, et al., <br><br> Defendants. | Case No. 2:15-cv-02291-KJM-EFB <br><br> **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |

NOTICE IS HEREBY GIVEN that, subject to approval by the Court, C. Darling substitutes JONATHAN B. PAUL of RIVERA & ASSOCIATES, State Bar No. 215884 as counsel of record in Case Number 2:15-cv-02291-KJM-EFB in place of JAMES D. MATHISON.

I consent to said substitution.

                                            (As authorized on 3/30/16)

Dated: March 30, 2016          /s/ *C. Darling*
                                          C. Darling
                                          Party (s)

I hereby agree to said substitution.        OFFICE OF THE ATTORNEY GENERAL

                                            (As authorized on 4/5/16)

Dated: April 5, 2016            /s/ *James D. Mathison*
                                          James D. Mathison
                                          Former Attorney

1 | I consent to the above substitution.        RIVERA & ASSOCIATES

3 | Dated: April 6, 2016                         /s/ *Jonathan B. Paul*
4 |                                              Jonathan B. Paul
                                                 New Attorney

6 | The substitution of attorney is hereby approved and so ORDERED.

8 | Dated:  April 7, 2016.

                                                 _____
                                                 EDMUND F. BRENNAN
                                                 UNITED STATES MAGISTRATE JUDGE