1

2

3

4

5

6

7                             UNITED STATES DISTRICT COURT

8                        FOR THE EASTERN DISTRICT OF CALIFORNIA

9

10   DANIEL WEBSTER WRIGHT,                        No. 2:15-cv-2291-KJM-EFB P

11                 Plaintiff,

12          v.                                      ORDER

13   D. FIELDS, et al.,

14                 Defendants.

15

16          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

17   U.S.C. § 1983.  On July 27, 2016, the court issued findings and recommendations, which

18   recommended dismissal of this action for plaintiff's failure to prosecute and to comply with court

19   orders after plaintiff failed to respond to defendants' motion for summary judgment.  ECF No. 24.

20          Plaintiff filed objections on August 31, 2016, in which he requests an extension of time to

21   prepare an opposition to defendants' motion.  ECF No. 27.  The court will hold the findings and

22   recommendations in abeyance and grant plaintiff an additional thirty days within which to

23   respond to the summary judgment motion.

24          Accordingly, IT IS HEREBY ORDERED that the July 27, 2016 findings and

25   recommendations (ECF No. 24) are held in abeyance, and plaintiff has 30 days from the date of

26   this order to respond to defendants' summary judgment motion.  Should plaintiff fail to timely

27   /////

28   /////

1  comply, those findings and recommendations will be submitted to the district judge for

2  consideration.

3  DATED:  September 8, 2016.

4  EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28