IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **DANIEL WEBSTER WRIGHT,** | Case No. 2:15-cv-2291-KJM-EFB P |
| Plaintiff, | **[PROPOSED] ORDER** |
| v. | |
| **D. FIELDS, et al.,** | |
| Defendants. | |

The Discovery and Scheduling Order, entered May 2, 2016, ordered dispositive motions to be filed no later than November 18, 2016. (ECF No. 19.)

**GOOD CAUSE APPEARING**, the dispositive motion deadline is **VACATED** pending resolution of Defendants' motion for summary judgment on the issue of whether Plaintiff properly exhausted his administrative remedies before filing suit.

If the pending exhaustion motion is denied, Defendants shall have thirty days after service of the order to notice and conduct Plaintiff's deposition. The Court will also set a new dispositive motion deadline at a later date.

Dated: September 28, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE

[Proposed] Order (2:15-cv-2291-KJM-EFB P)