UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DANIEL WEBSTER WRIGHT,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>D. FIELDS, et al.,<br><br>　　　　Defendants. | No. 2:15-cv-2291-KJM-EFB P<br><br><br>ORDER |

Plaintiff is a state prisoner proceeding without counsel in an action brought under 42 U.S.C. § 1983. On July 27, 2016, the court issued findings and recommendations, which recommended dismissal of this action for plaintiff's failure to prosecute and to comply with court orders after plaintiff failed to respond to defendants' motion for summary judgment. ECF No. 24.

On August 31, 2016, plaintiff requested an extension of time to prepare an opposition to defendants' motion. ECF No. 27. Accordingly, on September 8, 2016, the court held the findings and recommendations in abeyance and granted plaintiff an additional thirty days within which to respond to the summary judgment motion. In a filing dated October 14, 2016, plaintiff claims that he cannot respond to the motion because he does not have a copy of it. ECF No. 33.

Accordingly, IT IS HEREBY ORDERED that, as a one-time courtesy, the Clerk of the Court shall send plaintiff a copy of defendant's motion for summary judgment (ECF No. 20), and plaintiff has 30 days from the date of this order to respond to the motion. Should plaintiff fail to

/////

1  timely comply, the July 27, 2016 findings and recommendations will be submitted to the district
2  judge for consideration.
3  DATED: October 17, 2016.

   EDMUND F. BRENNAN
   UNITED STATES MAGISTRATE JUDGE