1

2

3

4

5

6

7

8                               UNITED STATES DISTRICT COURT

9                          FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL WEBSTER WRIGHT,                         No.  2:15-cv-2291-KJM-EFB P

12                   Plaintiff,

13          v.                                        ORDER

14    D. FIELDS, et al.,

15                   Defendants.

16

17          Plaintiff is a state prisoner proceeding without counsel in an action brought under 42

18    U.S.C. § 1983.  He again requests that the court appoint counsel.  As plaintiff has been previously

19    informed, *see* ECF No. 26, district courts lack authority to require counsel to represent indigent

20    prisoners in section 1983 cases.  *Mallard v. United States Dist. Court*, 490 U.S. 296, 298 (1989).

21    In exceptional circumstances, the court may request an attorney to voluntarily to represent such a

22    plaintiff.  *See* 28 U.S.C. § 1915(e)(1); *Terrell v. Brewer*, 935 F.2d 1015, 1017 (9th Cir. 1991);

23    *Wood v. Housewright*, 900 F.2d 1332, 1335-36 (9th Cir. 1990).  When determining whether

24    "exceptional circumstances" exist, the court must consider the likelihood of success on the merits

25    as well as the ability of the plaintiff to articulate his claims pro se in light of the complexity of the

26    legal issues involved.  *Palmer v. Valdez*, 560 F.3d 965, 970 (9th Cir. 2009).  Having considered

27    those factors, the court finds there are no exceptional circumstances in this case.

28    /////

                                                     1

1      Accordingly, **IT IS HEREBY ORDERED** that plaintiff's request for appointment of

2  counsel (ECF No. 35) is denied.

3  DATED:  November 15, 2016.

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE