1

2

3

4

5

6

7

8                                UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    DANIEL WEBSTER WRIGHT,                         No.  2:15-cv-2291-KJM-EFB P

12                          Plaintiff,

13            v.                                       ORDER

14    D. FIELDS, et al.,

15                          Defendants.

16

17           Plaintiff, a state prisoner proceeding pro se, has filed this civil rights action seeking relief

18    under 42 U.S.C. § 1983.  The matter was referred to a United States Magistrate Judge in

19    accordance with 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

20           On February 10, 2017, the magistrate judge filed findings and recommendations, which

21    were served on all parties and which contained notice to all parties that any objections to the

22    findings and recommendations were to be filed within fourteen days.  Plaintiff and defendant

23    Darling have filed objections to the findings and recommendations and defendant Fields has filed

24    a response to plaintiff's objections.

25           In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this

26    court has conducted a *de novo* review of this case.  Having carefully reviewed the file, the court

27    finds the findings and recommendations to be supported by the record and by proper analysis.

28    Resolution of defendant Darling's objection that dismissal of this action should be with prejudice

is controlled by *Lira v. Herrera*, which requires dismissal of "a case without prejudice 'when there is no presuit exhaustion,'. . . ."  427 F.3d 1164, 1170 (9th Cir. 2005) (quoting *McKinney v. Carey*, 311 F.3d 1198, 1200 (9th Cir. 2002)).

Accordingly, IT IS HEREBY ORDERED that:

1.  The findings and recommendations filed February 10, 2017, are adopted in full; and

2.  Defendants' motion for summary judgment (ECF No. 20) is granted and plaintiff's claims against defendants are dismissed without prejudice for failure to exhaust administrative remedies.

DATED:  March 27, 2017

_____
UNITED STATES DISTRICT JUDGE